## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMILY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV327 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SARPY COUNTY, NEBRASKA, | ) | |
| UNKNOWN CORRECTIONAL OFFICERS, | ) | |
| and UNKNOWN PHYSICIANS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the undersigned magistrate judge's Findings and Recommendations wherein it was recommended defendant Sarpy County Jail be dismissed from this action for failure of service (Filing No. 16). No objection to the Findings and Recommendations was filed. Subsequent to the Findings and Recommendations, the parties consented to the undersigned magistrate judge to the exercise of jurisdiction pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

The court considers the Findings and Recommendations *de novo* and adopts the Findings and Recommendation *in toto*.

**IT IS ORDERED:**

Sarpy County Jail is hereby dismissed, without prejudice, as a defendant in this matter.

DATED this 30th day of March 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge